# ALABAMA COURT OF CRIMINAL APPEALS



July 25, 2025

**CR-2024-0293**

Hector E. Alvarez v. State of Alabama (Appeal from Calhoun Circuit Court:  CC-04-1256)

## NOTICE

You are hereby notified that on July 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk